# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019
```

December 2, 2019

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Exler v. Travel Exploration, Inc. (1:19-cv-8853-AT)*

Dear Judge Torres:

    We represent Plaintiff Patrick Exler in the above in-captioned case. Defendant has yet to appear in the case or respond to the complaint which is past due. The Clerk has entered a certificate of default. We respectfully request that the initial conference scheduled for December 9, 2019 be adjourned. We intend to file Plaintiff's default motion within the next 30 days.

    The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Patrick Exler*

GRANTED. The initial pretrial conference scheduled for December 9, 2019, is ADJOURNED to **January 16, 2020**, at **12:00 p.m.**

SO ORDERED.

Dated: December 3, 2019
       New York, New York

ANALISA TORRES
United States District Judge