Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020

January 10, 2020

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Exler v. Travel Exploration, Inc. (1:19-cv-8853-AT)*

Dear Judge Torres,

We represent Plaintiff, Patrick Exler, in the above in-captioned case. Defendant has yet to appear or respond to the complaint. We respectfully request that the initial conference scheduled for January 16, 20120 be adjourned. Plaintiff will its default motion by January 31, 2020.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Patrick Exler*

GRANTED.  The initial pretrial conference scheduled for January 16, 2020, is ADJOURNED to **February 18, 2020**, at **1:20 p.m.**  In the absence of an intervening motion, by **February 11, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 10, 2020
       New York, New York

ANALISA TORRES
United States District Judge