UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK EXLER,

             Plaintiff,

-against-

TRAVEL EXPLORATION, INC.

             Defendant.

19 Civ. 8853 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 11, 2020, Plaintiff moved for a default judgment. ECF No. 16. In Attachement A to its Individual Practices in Civil Cases, this Court sets out detailed procedures for seeking a default judgment. *See also* Individual Practices Rule III(M). Plaintiff's motion failed to comply with those requirements. It did not include a proposed order to show cause. And it was not supported by an affidavit or declaration made by a party with personal knowledge; the only declaration submitted was made out by the attorney for Plaintiff. *See* ECF No. 17.

    Accordingly, Plaintiff's motion is DENIED. Since Defendant has not yet appeared, the initial pretrial conference scheduled for February 18, 2020, is ADJOURNED to **April 15, 2020, at 12:00 p.m.** By **April 8, 2020**, Plaintiff shall file a renewed motion for default judgment, or the parties shall file their joint letter and case management plan.

    The Clerk of Court is directed to terminate the motion at ECF No. 16.

    SO ORDERED.

Dated: February 14, 2020
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2020