```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/21/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK EXLER,

                Plaintiff,

-against-

TRAVEL EXPLORATION, INC.

                Defendant.

19 Civ. 8853 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The default judgment hearing scheduled for September 21, 2020 is ADJOURNED *sine die*. In light of the COVID-19 pandemic, and Defendant still having failed to appear, Plaintiff's motion for default judgment will be decided on the papers.

    SO ORDERED.

Dated: September 21, 2020
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge