UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK EXLER,

                Plaintiff,

                19 **CIVIL** 8853 (AT)

       -against-                **DEFAULT JUDGMENT**

TRAVEL EXPLORATION, INC.,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2020

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated November 10, 2020, Plaintiff's motion for default judgment is GRANTED. Plaintiff is awarded $1,500 in damages, $2,100 in attorney's fees, and $400 in costs, for a total award of $4,000; accordingly, the case is closed.

**DATED**: New York, New York
          November 10, 2020

                                         **RUBY J. KRAJICK**

                                           Clerk of Court

                        **BY**: _____
                                     **Deputy Clerk**